UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61894

GLOBAL WEATHER PRODUCTIONS, LLC,

        Plaintiff,

v.

STAR-BRITE DISTRIBUTING, LLC

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEFE DEMANDED)**

GLOBAL WEATHER PRODUCTIONS, LLC, by and through its undersigned counsel, hereby brings this Complaint against Defendant STAR-BRITE DISTRIBUTING, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff Global Weather Productions, LLC ("GWP") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute GWP's original copyrighted work of authorship.

2. Defendant STAR BRITE DISTRIBUTING, LLC ("Star Brite" or "Defendant") is a manufacturer specializing in appearance, maintenance, and performance chemicals, primarily serving the marine, RV, and automotive industries. The company produces cleaning products, waxes, polishes, fuel additives, motor oils, and winterization solutions, which are used for boats, recreational vehicles, automobiles, and other equipment. At all times relevant herein, Star Brite owned and operated the instagram account located at the URL

https://www.instagram.com/starbrite_com/, and the Facebook account located at the URL https://www.facebook.com/starbritesolutions (together, the "Websites").

3. GWP alleges that Defendant copied GWP's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendant committed the violations alleged in connection with Defendant's business.

## JURISDICTION AND VENUE

4. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501.

5. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

6. Defendant is subject to personal jurisdiction in Florida.

7. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

8. Star Brite is a Delaware limited liability company. It was previously regsitered to do business as a Florida corporation under the name Star-Brite Distributing, Inc., but it filed a conversion on September 19, 2023 to change the entity to a Delaware limited liability company. Star Brite, on both its social media pages and its website, continues to advertise its business address to be 4041 SW 47th Ave, Fort Lauderdale, FL 33314. Star Brite can be served by serving its registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, DE 19808.

## GLOBAL WEATHER PRODUCTIONS, LLC

9. GWP is a professional videography company. GWP manages and stores Clement's collection of copyrighted works, overseeing the distribution of his creative pieces to various

individuals and organizations. This arrangement allows for centralized control and administration of Clement's intellectual property, streamlining the licensing and distribution of his works across different media platforms.

10. MICHAEL BRANDON CLEMENT ("Clement") is an award-winning videographer and drone pilot that has licensed content to hundreds of media outlets globally. He has been documenting extreme weather for almost 30 years. He has been featured on Netflix, HBO and many other documentaries. His company WxChasing has a well-established brand and large following on social media. His content has amassed Billions of views. Clement has assisted with first responders, charities and regularly provides ground truth to the National Weather Service and major media outlets relaying vital information to the public.

11. JONATHAN PETRAMALA ("Petramala") is a professional storyteller and has a degree in journalism. He has a large social media network following documenting his stories during and after major weather events. Petramala has worked from local to national media spanning more than two decades and has performed water rescues, pulled people trapped from tornado debris and helped people out of a trapped car. His content has been viewed hundreds of millions of times and been licensed to news outlets globally. Petramala was also the writer and director in multiple documentaries and been featured in other documentaries. Jonathan has been a professional journalist for over 20 years and shifted his focus to extreme weather and storytelling in 2018. Since then, he has chased a variety of events, including flash floods, tornadoes, and hurricanes. His first tornado chase was in Tescott, Kansas, in May 2018 during a severe weather outbreak, and he intercepted his first major hurricane, Hurricane Florence, later that same year.

12. GWP is a Wyoming Limited Liability Company. GWP was founded May 31, 2023. Michael Brandon Clement is the sole propriotor/owner of GWP.

13. GWP owns the rights, titles, and interests of the Clement and Petramala's copyrighted Work.

14. GWP's videos of extreme weather events are frequently copied, downloaded, and reuploaded by infringers. GWP's videos are a popular and frequent source of footage of weather events that cannot be obtained elsewhere. This makes GWP a frequent target for infringers and pirates.

15. GWP's affiliate company, WXchasing, also owned by Clement, operates a popular and valuable YouTube channel on the YouTube platform. As of the filing of this Complaint:

   a. WXchasing has over 170,000 subscribers and 250 videos on its channel on YouTube; the most popular WXchasing video had over 8.5 million views; had over 395,000 Followers and 299,000 Likes on Facebook; had over 28,000 Followers and 970 Following on Twitter; had over 4900 Followers and 180 Following on Instagram; and had over 2,500 Followers and 60 Following with 74,000 Likes.

16. GWP's videos are viewed by substantial numbers of Florida residents who also view advertising placed on the videos on those channels by the streaming platform.

## THE COPYRIGHTED WORKS AT ISSUE

17. In 2023, Clement and Petramala created the video entitled "8-30-2023 Hurricane Idalia's Impact: Reversed River & Sailboats Collide," which is referred to herein as the "Work".

18. Clement and Petramala transferred and assigned GWP all of their rights, titles, and interests in the Work

19. GWP registered the Work with the Register of Copyrights on November 28, 2023, and was assigned registration number PA 2-448-272. The Certificate of Registration is attached hereto as **Exhibit 2**.

20. At all relevant times GWP was the exclusive agent of the copyrighted Works at issue in this case.

### I. INFRINGEMENT BY DEFENDANT

21. Defendant has never been licensed to use the Work for any purpose.

22. On a date after the Work was created, but prior to the filing of this action, Defendant copied the Work.

23. On or about August 31, 2023, GWP discovered the unauthorized use of its Work on the Websites.

24. Defendant copied GWP's copyrighted Work without GWP's permission.

25. After Defendant copied the Work, Defendant made further copies and distributed the Work on the internet to promote the sale of Defendant's goods and services.

26. Defendant copied GWP's Work in order to advertise, market and promote its Facebook and Instagram pages, grow its Facebook and Instagram subscriber bases, earn money from advertising to its Facebook and Instagram followers, and engage in other money-making business activities using GWP's copyrighted media content.

27. Defendant committed these violation alleged in connection with Defendant's businesses for purposes of advertising to the public, including Facebook and Instagram viewers in Florida, in the course and scope of the Defendant's business.

28. Defendant committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

29. GWP never gave Defendant permission or authority to copy, distribute or display the Work.

30. GWP notified Defendant of the allegations set forth herein on October 15, 2024, and October 31, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

31. GWP incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32. GWP owns valid copyrights in the Work at issue in this case.

33. The Work at issue in this case was registered with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

34. Defendant copied, displayed, and distributed the Works at issue in this case and made derivatives of the Work without GWP's authorization in violation of 17 U.S.C. § 501.

35. Defendant performed the acts alleged in the course and scope of its business activities.

36. Defendant's acts were willful.

37. GWP has been damaged.

38. The harm caused to GWP has been irreparable.

WHEREFORE, Plaintiff GLOBAL WEATHER PRODUCTIONS, LLC prays for judgment against the Defendant STAR-BRITE DISTRIBUTING, LLC that:

A. Defendant, its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

B. Defendant be required to pay GWP's actual damages and Defendant's profits attributable to the infringement, or, at GWP's election, statutory damages, as provided in 17 U.S.C. § 504;

C.  GWP be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

D.  GWP be awarded pre- and post-judgment interest; and

E.  GWP be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

GWP hereby demands a trial by jury of all issues so triable.

Dated: September 22, 2025

Respectfully submitted,

*/s/ George N. Colville*
GEORGE N. COLVILLE
Bar Number: 1060046
george.colville@sriplaw.com

**SRIPLAW, P. A.**
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156
786.297.8709 – Telephone
561.404.4353 – Facsimile

And

JOEL B. ROTHMAN
FL Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Global Weather Productions, LLC*